No. 108. Brehm v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Mr. Justice Burton took no part in the consideration or decision of this application. *Leo A. Rover* and *Clarence G. Pechacek* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney* and *Beatrice Rosenberg* for the United States.

No. 111. Rosenberg et al. v. United States; and

No. 112. Sobell v. United States. C. A. 2d Cir. The motion in No. 111 for leave to file brief of National Lawyers Guild, as *amicus curiae,* is denied. Certiorari denied. Mr. Justice Black is of the opinion the petitions should be granted. *Emanuel H. Bloch* for petitioners in No. 111. *Howard N. Meyer* for petitioner in No. 112. *Solicitor General Perlman, Assistant Attorney General McInerney, Robert S. Erdahl* and *John R. Wilkins* for the United States. Reported below: 195 F. 2d 583.